CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
1700 S. Pavilion Center Drive, Ste. 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Attorney for Defendant, Douglas M. Courson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.: 2:22-cr-00030-RFB-DJA |
|---|---|
| Plaintiff, | |
| vs. | |
| DOUGLAS M. COURSON, | |
| Defendant. | |

### (PROPOSED) ORDER APPOINTING CO-COUNSEL

Counsel for defendant Douglas M. Courson has moved for an order appointing co-counsel in this case for the purposes of trial. The motion seeking appointment of co-counsel explains the nature of the case, the difficulties it presents, and how, as a result, appointing co-counsel is necessary in the interest of justice. Proposed co-counsel is Austin Barnum, who is consistent with Nevada's CJA Plan and General Order 2021-01, defense counsel has obtained the required approval of the CJA Standing Committee and CJA Resource Counsel.

As required by Volume 7, Ch. 2 § 230.53.20 of the Guide to Judiciary Policies and Procedures, the Court finds that the appointment of an additional attorney in this difficult case is necessary and is in the interests of justice.

GOOD CAUSE APPEARING, it is hereby ORDERED that the Clerk of the Court shall notify the CJA appointing authority for the District of Nevada of the appointment of attorney,

//

//

ClarkHill\L0566\439686\273450186.v1-9/28/23

Austin Barnum as co-counsel for defendant Douglas M. Courson because Mr. Barnum has obtained the required approval of the CJA Standing Committee and CJA Resource Counsel.

IT IS FURTHER ORDERED that this Order be made effective *nunc pro tune t*o September 22, 2023, the date the request for approval of co-counsel was submitted to the CJA Resource Counsel.

IT IS SO ORDERED.

DATED this 29th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE

ClarkHill\L0566\439686\273450186.v1-9/28/23