CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
AUSTIN BARNUM
Nevada Bar No. 15174
Email: abarnum@clarkhill.com
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Attorneys for Defendant, Douglas M. Courson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS M. COURSON,<br><br>Defendant. | CASE NO.: 2:22-cr-00030-RFB-DJA |

**MOTION TO WITHDRAW BRENT RESH, ESQ., AS COUNSEL AND TO REMOVE HIM FROM THIS ELECTRONIC NOTIFICATION SYSTEM AND SERVICE LIST**

Paola M. Armeni, Esq., of the law firm of Clark Hill PLLC serving as lead counsel for Defendant, Douglas M. Courson, respectfully requests that this Honorable Court issue an order to remove Brent Resh, Esq., as counsel of record for Mr. Courson and from the CM/ECF noticing list as a party receiving service of pleadings. This request is made on the grounds that Brent Resh, Esq., is no longer employed at the law firm of Clark Hill PLLC and as such is no longer assisting in the representation of Mr. Courson.

Dated this 17th day of April, 2024.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated 4/18/2024

CLARK HILL PLLC

_____
PAOLA M. ARMENI (SBN. 8357)
AUSTIN BARNUM (SBN. 15174)
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Attorneys for Defendant Douglas M. Courson

CLARKHILL\L0566\439686\277006404.v1-4/17/24

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of **MOTION TO WITHDRAW BRENT RESH, ESQ., AS COUNSEL AND TO REMOVE HIM FROM THIS ELECTRONIC NOTIFICATION SYSTEM AND SERVICE LIST** was served on the 17th day of April, 2024, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Christopher R Oram     contact@christopheroramlaw.com, janaoram@gmail.com

Kevin Andre Tate      kevin_tate@fd.org, cecilia_valencia@fd.org, jeremy_kip@fd.org

Lance A Maningo      lance@maningolaw.com, kelly@maningolaw.com, yasmin@maningolaw.com

William H Brown      wbrown@brownmishler.com

Richard E Tanasi     rtanasi@tanasilaw.com

Kathleen Bliss       kb@kathleenblisslaw.com, ac@kathleenblisslaw.com, jt@kathleenblisslaw.com

Russell Marsh        russ@wmllawlv.com, debbie@wmllawlv.com, smuralidhara@wmllawlv.com

Sunethra Muralidhara    smuralidhara@wmllawlv.com, DNovak@wmllawlv.com, debbie@wmllawlv.com

Matthew A. Lamberti    matthew.lamberti@usdoj.gov

Richard (Tony) Anthony Lopez    tony.lopez@usdoj.gov, CaseView.ECF@usdoj.gov, jackie.bryant@usdoj.gov

Christopher Mishler    cmishler@brownmishler.com

Jessica Oliva    jessica.oliva@usdoj.gov, caseview.ecf@usdoj.gov, jackie.bryant@usdoj.gov, tony.lopez@usdoj.gov

Austin T. Barnum    abarnum@clarkhill.com, sconcepcion@clarkhill.com

Brent M. Resh    bresh@clarkhill.com, creyes@clarkhill.com, lsaizgoode@clarkhill.com, tbain@clarkhill.com

CLARKHILL\L0566\439686\277006404.v1-4/17/24

1  Edward G Veronda    edward.g.veronda@usdoj.gov, CaseView.ECF@usdoj.gov,
2  Natasha.Andrews@usdoj.gov, stephanie.perkins@usdoj.gov
3  Rick Mula    rick_mula@fd.org, Kaitlyn_O'Hearn@fd.org, ecf_nvnch@fd.org,
4  felicia_darensbourg@fd.org, jeremy_kip@fd.org, kaitlyn_ohearn@fd.org
5  LaRonda R. Martin    LaRonda_Martin@fd.org, felicia_darensbourg@fd.org,
6  jeremy_kip@fd.org
7  Michael Christin    michael.christin@usdoj.gov

_/s/ [signature]_
An employee of CLARK HILL

CLARKHILL\L0566\439686\277006404.v1-4/17/24