UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

v.

DOUGLAS COURSON,

Defendant.

Case No. 2:22-cr-00030-RFB-DJA

ORDER MODIFYING CONDITIONS

Pursuant to the hearing held on February 11, 2026,

IT IS ORDERED Mr Courson's condition of intermittent confinement is removed.

IT IS FURTHER ORDERED the following condition is added:

Residential Reentry Center with Home Detention: You must reside in a residential reentry center for a term of 180 days.  While at the residential re-entry center, you shall be subject to Home Detention.  You are restricted to the center at all times except for employment; medical appointments, attorney visits, or  to check on your own residence as pre-approved by the Court or probation officer.  You must follow the rules and regulation of the center.

Defendant shall report to the center, as instructed, within the next 60 days.

All other terms and conditions, previously imposed, remain in full force and effect.

Dated this the 11th day of February, 2026.

_____

Richard. F Boulware, II
United States District Judge