**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00030-RFB-DJA-3 |
| Plaintiff, | **ORDER REGARDING REPORTING DATE RE RESIDENTIAL REENTRY CENTER WITH HOME DETENTION CONDITION** |
| v. | |
| DOUGLAS M. COURSON, | |
| Defendant. | |

Pursuant to the hearing held on February 11, 2026, and upon being advised by Probation of the availability of space at the Residential Reentry Center ("RRC") located at 2901 South Sammy Davis Jr. Drive. Las Vegas, NV 89109, Defendant is ordered to report to the RRC on Friday, February 27, 2026, to satisfy his court-ordered condition of residing at the RRC for 180 days.

Dated this the 24th day of February, 2026.

_____
Richard F. Boulware, II
United States District Judge